UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 17-20017-CIV-MORENO

ROGELIO ARNOLDO CABRERA and all
others similarly situated,

        Plaintiff,

vs.

CMG DEVELOPMENT LLC, CARLOS M.
GONZALEZ, ALEX GRANADOS,

        Defendants.
_____/

## ORDER CLOSING CASE FOR STATISTICAL PURPOSES AND PLACING MATTER IN CIVIL SUSPENSE FILE

THIS CAUSE came before the Court upon the Motion to Stay **(D.E. 20)**, filed on **March 28, 2017**.

The Court has considered the motion and the pertinent portions of the record. Accordingly, it is **ADJUDGED** that:

No discovery shall be taken and no motions shall be filed pending the outcome of the appeal in case no. 17-10567 (11th Cir.).

It is also **ADJUDGED** that:

I.     The Clerk of this Court shall mark this cause as closed for statistical purposes and place the matter in a civil suspense file.

II.     The Court shall retain jurisdiction and the case shall be restored to the active docket upon motion of a party if circumstances change so that this action may proceed to final disposition.

III.     This order shall not prejudice the rights of the parties to this litigation.

IV. Plaintiff SHALL notify the Court by **July 12, 2017**, and every three months thereafter of the current status of the proceedings and when this action is ready to proceed.

DONE AND ORDERED in Chambers at Miami, Florida, this ___12___ of April 2017.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record